IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA M. RICKER,<br><br>Defendant. | CR 03-112-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Patricia M. Ricker (Ricker) has been accused of violating the conditions of her supervised release. Ricker admitted alleged violations 2 and 3. Ricker did not admit or deny alleged violation 1. The government satisfied its burden of proof with respect to alleged violation 1. Ricker denied alleged violation 4. The Court will conduct a hearing on alleged violation 4 on February 23, 2021. Ricker should be placed in custody for 3 months, with 38 months of supervised release to follow. Ricker should serve the first 180 days of supervised release in a drug and alcohol treatment center. The District Court should consider terminating Ricker's supervised release if she serves 19 continuous months of supervised release without a violation.

## II.  Status

Ricker pleaded guilty to Second Degree Murder on May 13, 2004.  (Doc. 53).  The Court sentenced Ricker to 121 months of custody, followed by 5 years of supervised release.  (Doc. 65).  Ricker's current term of supervised release began on October 18, 2018.  (Doc. 108 at 2).

**Petition**

The United States Probation Office filed an Amended Petition on February 2, 2021, requesting that the Court revoke Ricker's supervised release. (Doc. 108).  The Amended Petition alleged that Ricker violated the conditions of her supervised release: 1) by consuming alcohol on three separate occasions; and 2) by committing another crime.

**Initial appearance**

Ricker appeared before the undersigned for her initial appearance on February 2, 2021.  Ricker was represented by counsel.  Ricker stated that she had read the petition and that she understood the allegations.  Ricker waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on February 2, 2021.  Ricker

admitted alleged violations 2 and 3. Ricker did not admit or deny alleged violation 1. The government satisfied its burden of proof with respect to alleged violation 1. Ricker denied alleged violation 4. The Court will conduct a hearing on alleged violation 4 on February 23, 2021. The violations that Ricker admitted and that the government proved are serious and warrant revocation of Ricker's supervised release.

Ricker's violations are Grade C violations. Ricker's criminal history category is I. Ricker's underlying offense is a Class A felony. Ricker could be incarcerated for up to 60 months. Ricker could be ordered to remain on supervised release for up to 41 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Ricker's supervised release should be revoked. Ricker should be incarcerated for 3 months, with 38 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Ricker should serve the first 180 days of supervised release in a drug and alcohol treatment center. The District Court should consider terminating Ricker's supervised release if she serves 19 continuous months of supervised release without a violation.

The Court informed Ricker that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Ricker of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Ricker that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> Patricia M. Ricker violated the conditions of her supervised release by consuming alcohol on three separate occasions.

The Court **RECOMMENDS:**

> The District Court should revoke Ricker's supervised release and commit Ricker to the custody of the United States Bureau of Prisons for 3 months, with 38 months of supervised release to follow. Ricker should serve the first 180 days of supervised release in a drug and alcohol treatment center. The District Court should consider terminating Ricker's supervised release if she serves 19 continuous months of supervised release without a violation.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which

objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 4th day of February, 2021.

/s/ John Johnston
John Johnston
United States Magistrate Judge