**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 03-112-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **PATRICIA M. RICKER,** | |
| **Defendant.** | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that violation #4 contained in the Amended Petition for Warrant for Offender Under Supervision (Doc. 108) is dismissed.  In addition, the revocation hearing on this violation presently set for February 23, 2021, at 3:00 p.m. is vacated.

DATED this 8th day of February 2021.

Brian Morris, Chief District Judge
United States District Court